A CERTIFIED TRUE COPY

ATTEST

By Dana Stewart on Sep 17, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Sep 01, 2009**

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: GENETICALLY MODIFIED RICE LITIGATION**    MDL No. 1811

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-33)**

On December 19, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 466 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 273 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Catherine D. Perry.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D. Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Sep 17, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: GENETICALLY MODIFIED RICE LITIGATION**                MDL No. 1811


**SCHEDULE CTO-33 - TAG-ALONG ACTIONS**


<u>DIST. DIV. C.A. #</u>                          <u>CASE CAPTION</u>

ARKANSAS EASTERN
   ARE  1   09-36          Mickey Doyle, et al. v. Bayer CropScience, LP, et al.
   ARE  2   09-109         Clinton McGraw, et al. v. Bayer CropScience, LP, et al.
   ARE  2   09-110         B.J. Hopson, Sr., et al v. Bayer CropScience, LP, et al.
   ARE  2   09-111         Henry Kelly v. Bayer CropScience, LP, et al.
   ARE  2   09-116         Kirk Brann, et al. v. Bayer CropScience, LP, et al.
   ARE  2   09-118         Stanley Bosnick v. Bayer CropScience, LP
   ARE  2   09-119         Eloise Bosnick Family Trust v. Bayer CropScience, LP
   ARE  2   09-120         Lanny Bosnick & Sons Partnership v. Bayer CropScience, LP
   ARE  2   09-121         Bosnick Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-126         Dean Davis, et al. v. Bayer CropScience, LP, et al.
   ARE  3   09-127         Jay Reiman, et al. v. Bayer CropScience, LP, et al.
   ARE  3   09-128         Darrell Brady, et al. v. Bayer CropScience, LP, et al.
   ARE  3   09-129         Steve Davis, et al. v. Bayer CropScience, LP, et al.
   ARE  3   09-130         Emit Ray Stone, Jr., et al. v. Bayer CropScience, LP, et al.
   ARE  3   09-131         Anna Claire Farms, Inc., et al. v. Bayer AG, et al.
   ARE  3   09-132         Bullard Farms, Inc., et al. v. Bayer AG, et al.
   ARE  3   09-134         Louiese Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-135         Ninety-Six Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-136         South Bayou Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-137         Tool Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-138         BC&MC Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-139         Blue Lake Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-140         Bosnick Family Trust v. Bayer CropScience, LP
   ARE  3   09-141         Long Grain Farms, Inc. v. Bayer CropScience, LP
   ARE  3   09-142         Long Rows, Inc. v. Bayer CropScience, LP
   ARE  4   09-677         Lane Oliver, et al. v. Bayer CropScience, LP, et al.
   ARE  4   09-678         Ronald Bauman, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-230         Jason Smith, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-231         Rick Siems, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-232         Jackie R. Banks, Jr. et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-234         Jay B. Coker, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-235         Stephen S. Hoskyn, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-237         Fred Gary Wilkes, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-239         Billy M. Long, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-240         Greg Hackney, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-241         James M. Craig, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-242         Wade Richter, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-243         Wendell Stratton, et al. v. Bayer CropScience, LP, et al.
   ARE  5   09-244         Kenneth Maier, Sr., et al. v. Bayer CropScience, LP, et al.

**MDL No. 1811 - Schedule CTO-33 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**                    **CASE CAPTION**

ARKANSAS EASTERN
ARE 5  09-245    Brad Haynes, et al. v. Bayer CropScience, LP, et al.
ARE 5  09-246    James Noble, et al. v. Bayer CropScience, LP, et al.
ARE 5  09-247    Curtis Simpson, et al. v. Bayer CropScience, LP, et al.
ARE 5  09-248    Curt Moore, et al. v. Bayer CropScience, LP, et al.
ARE 5  09-249    John Worring, et al. v. Bayer CropScience, LP, et al.
ARE 5  09-250    Jon L. Baker, et al. v. Bayer CropScience, LP, et al.
ARE 5  09-251    Brandon Rodgers, et al. v. Bayer CropScience, LP, et al.
ARE 5  09-252    Ronny E. Dean, Sr., et al. v. Bayer CropScience, LP, et al.
ARE 5  09-253    Roy McCollum, et al. v. Bayer CropScience, LP, et al.
ARE 5  09-254    Walter E. Daniel, et al. v. Bayer CropScience, LP, et al.
ARE 5  09-255    Greg Kerksieck, et al. v. Bayer CropScience, LP, et al.
ARE 5  09-256    Brooks Davis, et al. v. Bayer CropScience, LP, et al.
ARE 5  09-257    John Ross, et al. v. Bayer CropScience, LP, et al.
ARE 5  09-258    Hargrove Farms, Inc., et al. v. Bayer CropScience, LP, et al.
ARE 5  09-259    Gary Stone, et al. v. Bayer CropScience, LP, et al.
ARE 5  09-260    Robert H. Dilday, et al. v. Bayer CropScience, LP, et al.
ARE 5  09-261    Brent Clawitter, et al. v. Bayer CropScience, LP, et al.
ARE 5  09-262    Talka Corp. v. Bayer CropScience, LP
ARE 5  09-263    Stanley Welty v. Bayer CropScience, LP
ARE 5  09-264    W.N. Gillison Revocable Trust v. Bayer CropScience, LP
ARE 5  09-265    Dave Black, et al. v. Bayer CropScience, LP
ARE 5  09-266    C.A. Clowers Family Co., Inc. v. Bayer CropScience, LP
ARE 5  09-267    A&K Farms, Inc. v. Bayer CropScience, LP